Attachment to Civil Cover Sheet

**I.(c) Attorneys (*Firm Name, Address, and Telephone Number*)**

Christopher M. McLaughlin
JONES DAY
North Point, 901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone: (216) 586-3939

Brett A. Shumate
John M. Gore
Anthony J. Dick
J. Benjamin Aguiñaga
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939