# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| ALLSTATES REFRACTORY CONTRACTORS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN J. WALSH, in his official capacity as Secretary of Labor,<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>JAMES FREDERICK, in his official capacity as Acting Assistant Secretary of Labor for Occupational Safety and Health,<br><br>OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION,<br><br>Defendants. | Civil Action No. 3:21-cv-01864<br><br>Judge _____ |

### DECLARATION OF BRETT A. SHUMATE
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Brett A. Shumate, submit this Declaration pursuant to 28 U.S.C. § 1746:

1. I am a partner in the Washington, D.C., office of the law firm Jones Day.

2. I am seeking admission *pro hac vice* to the Bar of this Court to represent Plaintiff Allstates Refractory Contractors, LLC, in the above-captioned case.

3. My business contact information is as follows:

   Brett A. Shumate
   JONES DAY
   51 Louisiana Avenue, N.W.
   Washington, D.C. 20001-2113
   Telephone: (202) 879-3939
   Facsimile: (202) 626-1700
   E-Mail: bshumate@jonesday.com

4. I am admitted to practice law before and I am a member in good standing of the District of Columbia Bar (#974673, admitted June 11, 2007). In addition, I am admitted to practice law before and I am a member in good standing of the following federal courts: the United States Supreme Court, all United States courts of appeals, the United States District Courts for the District of Columbia and the Eastern District of Texas, the U.S. Court of International Trade, and the U.S. Court of Federal Claims.

5. I have never been disbarred or suspended from practice before any court, department, bureau, or commission of any State or the United States. Nor have I ever received any reprimand from any such court, department, bureau, or commission pertaining to my conduct or fitness as a member of the bar.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of September, 2021.

_____
Brett A. Shumate