# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| ALLSTATES REFRACTORY CONTRACTORS, LLC, | Civil Action No. 3:21-cv-01864 |
| Plaintiff, | |
| v. | Judge _____ |
| MARTIN J. WALSH, in his official capacity as Secretary of Labor, | |
| UNITED STATES DEPARTMENT OF LABOR, | |
| JAMES FREDERICK, in his official capacity as Acting Assistant Secretary of Labor for Occupational Safety and Health, | |
| OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, | |
| Defendants. | |

## **MOTION FOR ADMISSION *PRO HAC VICE* OF JOHN M. GORE**

Pursuant to Local Rule 83.5(h), Plaintiff Allstates Refractory Contractors, LLC, by and through its counsel, hereby moves the Court for the admission *pro hac vice* of John M. Gore in the above-captioned case, and in support of this Motion states:

1. John M. Gore is a partner at the law firm Jones Day, 51 Louisiana Avenue, N.W., Washington, D.C. 20001-2113; Telephone: (202) 879-3939; Facsimile: (202) 626-1700; E-Mail: jmgore@jonesday.com.

2. Mr. Gore is an active member in good standing of the District of Columbia Bar. Mr. Gore also is admitted to practice in the United States Supreme Court and the United

States Courts of Appeals for the Second, Fourth, Fifth, Sixth, Seventh, Ninth, and District of Columbia Circuits.

3. There are no disciplinary proceedings pending against Mr. Gore as a member of the Bar in any jurisdiction. He has never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States. He has never been subject to disciplinary proceedings or reprimand as a member of the Bar in any jurisdiction.

4. A certificate of good standing of Mr. Gore from the District of Columbia Bar is attached as Exhibit A.

5. A declaration of Mr. Gore in support of this Motion is attached as Exhibit B.

6. The *pro hac vice* admission fee of $120.00 is being submitted in conjunction with the filing of this Motion.

Dated: September 30, 2021　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*s/ Christopher M. McLaughlin*
　　　　　　　　　　　　　　　　　　　　Christopher M. McLaughlin (0078186)
　　　　　　　　　　　　　　　　　　　　E-mail: cmmclaughlin@jonesday.com
　　　　　　　　　　　　　　　　　　　　JONES DAY
　　　　　　　　　　　　　　　　　　　　North Point, 901 Lakeside Avenue
　　　　　　　　　　　　　　　　　　　　Cleveland, OH 44114-1190
　　　　　　　　　　　　　　　　　　　　Telephone: (216) 586-3939
　　　　　　　　　　　　　　　　　　　　Facsimile: (216) 579-0212

　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*
　　　　　　　　　　　　　　　　　　　　*Allstates Refractory Contractors, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2021, a copy of the foregoing was filed using the Court's CM/ECF electronic filing system, which will effectuate service on all counsel of record.

*s/ Christopher M. McLaughlin*
*Attorney for Plaintiff*
*Allstates Refractory Contractors, LLC*