# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| ALLSTATES REFRACTORY CONTRACTORS, LLC, | Civil Action No. 3:21-cv-01864 |
| Plaintiff, | Judge _____ |
| v. | |
| MARTIN J. WALSH, in his official capacity as Secretary of Labor, | |
| UNITED STATES DEPARTMENT OF LABOR, | |
| JAMES FREDERICK, in his official capacity as Acting Assistant Secretary of Labor for Occupational Safety and Health, | |
| OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, | |
| Defendants. | |

**DECLARATION OF JOHN M. GORE
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, John M. Gore, submit this Declaration pursuant to 28 U.S.C. § 1746:

1. I am a partner in the Washington, D.C., office of the law firm Jones Day.

2. I am seeking admission *pro hac vice* to the Bar of this Court to represent Plaintiff Allstates Refractory Contractors, LLC, in the above-captioned case.

3. My business contact information is as follows:

> John M. Gore
> JONES DAY
> 51 Louisiana Avenue, N.W.
> Washington, D.C. 20001-2113
> Telephone: (202) 879-3939
> Facsimile: (202) 626-1700
> E-Mail: jmgore@jonesday.com.

4. I am admitted to practice law before and I am a member in good standing of the District of Columbia Bar (#502057, admitted December 11, 2006). In addition, I am admitted to practice law before and I am a member in good standing of the following federal courts: the United States Supreme Court and the United States Courts of Appeals for the Second, Fourth, Fifth, Sixth, Seventh, Ninth, and District of Columbia Circuits.

5. I have never been disbarred or suspended from practice before any court, department, bureau, or commission of any State or the United States. Nor have I ever received any reprimand from any such court, department, bureau, or commission pertaining to my conduct or fitness as a member of the bar.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of September, 2021.

*/s/ John M. Gore*
John M. Gore