# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| ALLSTATES REFRACTORY CONTRACTORS, LLC, | Civil Action No. 3:21-cv-01864 |
| Plaintiff, | Judge _____ |
| v. | |
| MARTIN J. WALSH, in his official capacity as Secretary of Labor, | |
| UNITED STATES DEPARTMENT OF LABOR, | |
| JAMES FREDERICK, in his official capacity as Acting Assistant Secretary of Labor for Occupational Safety and Health, | |
| OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, | |
| Defendants. | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ANTHONY J. DICK

Pursuant to Local Rule 83.5(h), Plaintiff Allstates Refractory Contractors, LLC, by and through its counsel, hereby moves the Court for the admission *pro hac vice* of Anthony J. Dick in the above-captioned case, and in support of this Motion states:

1. Anthony J. Dick is a partner at the law firm Jones Day, 51 Louisiana Avenue, N.W., Washington, D.C. 20001-2113; Telephone: (202) 879-3939; Facsimile: (202) 626-1700; E-Mail: ajdick@jonesday.com.

2. Mr. Dick is an active member in good standing of the District of Columbia Bar and the New York State Bar. Mr. Dick also is admitted to practice in the United States Supreme Court; the United States Courts of Appeals for the First, Second, Fourth,

Sixth, Seventh, Ninth, Tenth, Eleventh, and District of Columbia Circuits, as well as the Federal Circuit; and the United States District Courts for the District of Columbia, the Eastern District of Wisconsin, and the Southern District of New York.

3. There are no disciplinary proceedings pending against Mr. Dick as a member of the Bar in any jurisdiction. He has never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States. He has never been subject to disciplinary proceedings or reprimand as a member of the Bar in any jurisdiction.

4. A certificate of good standing of Mr. Dick from the District of Columbia Bar is attached as <u>Exhibit A</u>.

5. A declaration of Mr. Dick in support of this Motion is attached as <u>Exhibit B</u>.

6. The *pro hac vice* admission fee of $120.00 is being submitted in conjunction with the filing of this Motion.

Dated: September 30, 2021	Respectfully submitted,

*s/ Christopher M. McLaughlin*
Christopher M. McLaughlin (0078186)
E-mail: cmmclaughlin@jonesday.com
JONES DAY
North Point, 901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

*Attorney for Plaintiff*
*Allstates Refractory Contractors, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2021, a copy of the foregoing was filed using the Court's CM/ECF electronic filing system, which will effectuate service on all counsel of record.

*s/ Christopher M. McLaughlin*
*Attorney for Plaintiff*
*Allstates Refractory Contractors, LLC*