# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| ALLSTATES REFRACTORY CONTRACTORS, LLC, | Civil Action No. 3:21-cv-01864 |
| Plaintiff, | Judge _____ |
| v. | |
| MARTIN J. WALSH, in his official capacity as Secretary of Labor, | |
| UNITED STATES DEPARTMENT OF LABOR, | |
| JAMES FREDERICK, in his official capacity as Acting Assistant Secretary of Labor for Occupational Safety and Health, | |
| OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, | |
| Defendants. | |

**DECLARATION OF ANTHONY J. DICK
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Anthony J. Dick, submit this Declaration pursuant to 28 U.S.C. § 1746:

1. I am a partner in the Washington, D.C., office of the law firm Jones Day.

2. I am seeking admission *pro hac vice* to the Bar of this Court to represent Plaintiff Allstates Refractory Contractors, LLC, in the above-captioned case.

3. My business contact information is as follows:

> Anthony J. Dick
> JONES DAY
> 51 Louisiana Avenue, N.W.
> Washington, D.C. 20001-2113
> Telephone: (202) 879-3939
> Facsimile: (202) 626-1700
> E-Mail: ajdick@jonesday.com

4.	I am admitted to practice law before and I am a member in good standing of the District of Columbia Bar (#1015585, admitted August 5, 2013) and the State of New York (#5078662, admitted November 8, 2012).  In addition, I am admitted to practice law before and I am a member in good standing of the following federal courts:  the United States Supreme Court; the United States Courts of Appeals for the First, Second, Fourth, Sixth, Seventh, Ninth, Tenth, Eleventh, and District of Columbia Circuits, as well as the Federal Circuit; and the United States District Courts for the District of Columbia, the Eastern District of Wisconsin, and the Southern District of New York.

5.	I have never been disbarred or suspended from practice before any court, department, bureau, or commission of any State or the United States.  Nor have I ever received any reprimand from any such court, department, bureau, or commission pertaining to my conduct or fitness as a member of the bar.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of September, 2021.

*/s/ Anthony J. Dick*
Anthony J. Dick