# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| ALLSTATES REFRACTORY CONTRACTORS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN J. WALSH, in his official capacity as Secretary of Labor,<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>JAMES FREDERICK, in his official capacity as Acting Assistant Secretary of Labor for Occupational Safety and Health,<br><br>OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION,<br><br>　　　　Defendants. | Civil Action No. 3:21-cv-01864<br><br>Judge _____ |

### DECLARATION OF J. BENJAMIN AGUIÑAGA
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, J. Benjamin Aguiñaga, submit this Declaration pursuant to 28 U.S.C. § 1746:

1.　　I am an associate in the Washington, D.C., office of the law firm Jones Day.

2.　　I am seeking admission *pro hac vice* to the Bar of this Court to represent Plaintiff Allstates Refractory Contractors, LLC, in the above-captioned case.

3.　　My business contact information is as follows:

　　　　J. Benjamin Aguiñaga
　　　　JONES DAY
　　　　51 Louisiana Avenue, N.W.
　　　　Washington, D.C. 20001-2113
　　　　Telephone:  (202) 879-3939
　　　　Facsimile:  (202) 626-1700
　　　　E-Mail:  jbaguinaga@jonesday.com.

4. I am admitted to practice law before and I am a member in good standing of the District of Columbia Bar (#1708051, admitted October 9, 2020) and the Texas Bar (#24101435, admitted November 4, 2016).  In addition, I am admitted to practice law before and I am a member in good standing of the following federal courts:  the United States Supreme Court and the United States Court of Appeals for the Fifth Circuit.

5. I have never been disbarred or suspended from practice before any court, department, bureau, or commission of any State or the United States.  Nor have I ever received any reprimand from any such court, department, bureau, or commission pertaining to my conduct or fitness as a member of the bar.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of September, 2021.

                                                        */s/ J. Benjamin Aguiñaga*
                                                        J. Benjamin Aguiñaga