# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| ALLSTATES REFRACTORY CONTRACTORS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN J. WALSH *et al.*<br><br>Defendants. | Civil Action No. 3:21-cv-01864<br><br>Judge Jack Zouhary |

## **PRAECIPE FOR ISSUANCE OF SUMMONS IN CIVIL ACTION**

TO THE CLERK OF COURT:  Please issue the attached summonses so that Plaintiff may complete service on the above-named Defendants.

Dated: September 30, 2021

Respectfully submitted,

*s/ Christopher M. McLaughlin*

Christopher M. McLaughlin (0078186)
E-mail:  cmmclaughlin@jonesday.com
JONES DAY
North Point, 901 Lakeside Avenue
Cleveland, OH  44114-1190
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

*Attorney for Plaintiff*
*Allstates Refractory Contractors, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2021, a copy of the foregoing was filed using the Court's CM/ECF electronic filing system, which will effectuate service on all counsel of record.

*s/ Christopher M. McLaughlin*
*Attorney for Plaintiff*
*Allstates Refractory Contractors, LLC*