**Motion Granted.
Counsel shall become familiar
with the ACTL Code of Conduct.**

*/s/ Jack Zouhary*
**U.S. DISTRICT JUDGE**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ALLSTATES REFRACTORY CONTRACTORS, LLC, | Civil Action No. 3:21-cv-01864 |
| Plaintiff, | Judge Jack Zouhary |
| v. | |
| MARTIN J. WALSH, in his official capacity as Secretary of Labor, | |
| UNITED STATES DEPARTMENT OF LABOR, | |
| JAMES FREDERICK, in his official capacity as Acting Assistant Secretary of Labor for Occupational Safety and Health, | |
| OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, | |
| Defendants. | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ANTHONY J. DICK

Pursuant to Local Rule 83.5(h), Plaintiff Allstates Refractory Contractors, LLC, by and through its counsel, hereby moves the Court for the admission *pro hac vice* of Anthony J. Dick in the above-captioned case, and in support of this Motion states:

1. Anthony J. Dick is a partner at the law firm Jones Day, 51 Louisiana Avenue, N.W., Washington, D.C. 20001-2113; Telephone: (202) 879-3939; Facsimile: (202) 626-1700; E-Mail: ajdick@jonesday.com.

2. Mr. Dick is an active member in good standing of the District of Columbia Bar and the New York State Bar. Mr. Dick also is admitted to practice in the United States Supreme Court; the United States Courts of Appeals for the First, Second, Fourth,

Sixth, Seventh, Ninth, Tenth, Eleventh, and District of Columbia Circuits, as well as the Federal Circuit; and the United States District Courts for the District of Columbia, the Eastern District of Wisconsin, and the Southern District of New York.

3. There are no disciplinary proceedings pending against Mr. Dick as a member of the Bar in any jurisdiction. He has never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States. He has never been subject to disciplinary proceedings or reprimand as a member of the Bar in any jurisdiction.

4. A certificate of good standing of Mr. Dick from the District of Columbia Bar is attached as Exhibit A.

5. A declaration of Mr. Dick in support of this Motion is attached as Exhibit B.

6. The *pro hac vice* admission fee of $120.00 is being submitted in conjunction with the filing of this Motion.

Dated: September 30, 2021                            Respectfully submitted,


                                                     *s/ Christopher M. McLaughlin*
                                                     Christopher M. McLaughlin (0078186)
                                                     E-mail: cmmclaughlin@jonesday.com
                                                     JONES DAY
                                                     North Point, 901 Lakeside Avenue
                                                     Cleveland, OH 44114-1190
                                                     Telephone: (216) 586-3939
                                                     Facsimile: (216) 579-0212

                                                     *Attorney for Plaintiff*
                                                     *Allstates Refractory Contractors, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2021, a copy of the foregoing was filed using the Court's CM/ECF electronic filing system, which will effectuate service on all counsel of record.

*s/ Christopher M. McLaughlin*
*Attorney for Plaintiff*
*Allstates Refractory Contractors, LLC*



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Anthony John Dick

was duly qualified and admitted on August 5, 2013 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 27, 2021.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| ALLSTATES REFRACTORY CONTRACTORS, LLC, | Civil Action No. 3:21-cv-01864 |
| Plaintiff, | Judge Jack Zouhary |
| v. | |
| MARTIN J. WALSH, in his official capacity as Secretary of Labor, | |
| UNITED STATES DEPARTMENT OF LABOR, | |
| JAMES FREDERICK, in his official capacity as Acting Assistant Secretary of Labor for Occupational Safety and Health, | |
| OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, | |
| Defendants. | |

## DECLARATION OF ANTHONY J. DICK
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Anthony J. Dick, submit this Declaration pursuant to 28 U.S.C. § 1746:

1. I am a partner in the Washington, D.C., office of the law firm Jones Day.

2. I am seeking admission *pro hac vice* to the Bar of this Court to represent Plaintiff Allstates Refractory Contractors, LLC, in the above-captioned case.

3. My business contact information is as follows:

> Anthony J. Dick
> JONES DAY
> 51 Louisiana Avenue, N.W.
> Washington, D.C. 20001-2113
> Telephone: (202) 879-3939
> Facsimile: (202) 626-1700
> E-Mail: ajdick@jonesday.com.

4.	I am admitted to practice law before and I am a member in good standing of the District of Columbia Bar (#1015585, admitted August 5, 2013) and the State of New York (#5078662, admitted November 8, 2012).  In addition, I am admitted to practice law before and I am a member in good standing of the following federal courts:  the United States Supreme Court; the United States Courts of Appeals for the First, Second, Fourth, Sixth, Seventh, Ninth, Tenth, Eleventh, and District of Columbia Circuits, as well as the Federal Circuit; and the United States District Courts for the District of Columbia, the Eastern District of Wisconsin, and the Southern District of New York.

5.	I have never been disbarred or suspended from practice before any court, department, bureau, or commission of any State or the United States.  Nor have I ever received any reprimand from any such court, department, bureau, or commission pertaining to my conduct or fitness as a member of the bar.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of September, 2021.

/s/ Anthony J. Dick
Anthony J. Dick