> **Motion Granted.**
> **Counsel shall become familiar**
> **with the ACTL Code of Conduct.**
>
> **/s/ Jack Zouhary**
> **U.S. DISTRICT JUDGE**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| ALLSTATES REFRACTORY CONTRACTORS, LLC, | Civil Action No. 3:21-cv-01864 |
| Plaintiff, | Judge Jack Zouhary |
| v. | |
| MARTIN J. WALSH, in his official capacity as Secretary of Labor, | |
| UNITED STATES DEPARTMENT OF LABOR, | |
| JAMES FREDERICK, in his official capacity as Acting Assistant Secretary of Labor for Occupational Safety and Health, | |
| OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, | |
| Defendants. | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF J. BENJAMIN AGUIÑAGA

Pursuant to Local Rule 83.5(h), Plaintiff Allstates Refractory Contractors, LLC, by and through its counsel, hereby moves the Court for the admission *pro hac vice* of J. Benjamin Aguiñaga in the above-captioned case, and in support of this Motion states:

1. J. Benjamin Aguiñaga is an associate at the law firm Jones Day, 51 Louisiana Avenue, N.W., Washington, D.C. 20001-2113; Telephone: (202) 879-3939; Facsimile: (202) 626-1700; E-Mail: jbaguinaga@jonesday.com.

2. Mr. Aguiñaga is an active member in good standing of the District of Columbia Bar and the Texas Bar. Mr. Aguiñaga also is admitted to practice in the United States Supreme Court and the United States Court of Appeals for the Fifth Circuit.

3. There are no disciplinary proceedings pending against Mr. Aguiñaga as a member of the Bar in any jurisdiction.  He has never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States.  He has never been subject to disciplinary proceedings or reprimand as a member of the Bar in any jurisdiction.

4. A certificate of good standing of Mr. Aguiñaga from the District of Columbia Bar is attached as <u>Exhibit A</u>.

5. A declaration of Mr. Aguiñaga in support of this Motion is attached as <u>Exhibit B</u>.

6. The *pro hac vice* admission fee of $120.00 is being submitted in conjunction with the filing of this Motion.

Dated: September 30, 2021                                         Respectfully submitted,

*s/ Christopher M. McLaughlin*
Christopher M. McLaughlin (0078186)
E-mail:  cmmclaughlin@jonesday.com
JONES DAY
North Point, 901 Lakeside Avenue
Cleveland, OH  44114-1190
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

*Attorney for Plaintiff*
*Allstates Refractory Contractors, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2021, a copy of the foregoing was filed using the Court's CM/ECF electronic filing system, which will effectuate service on all counsel of record.

*s/ Christopher M. McLaughlin*
*Attorney for Plaintiff*
*Allstates Refractory Contractors, LLC*



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *Jorge Benjamin Aguinaga*

was duly qualified and admitted on October 9, 2020 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 29, 2021.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| ALLSTATES REFRACTORY CONTRACTORS, LLC, | Civil Action No. 3:21-cv-01864 |
| Plaintiff, | Judge Jack Zouhary |
| v. | |
| MARTIN J. WALSH, in his official capacity as Secretary of Labor, | |
| UNITED STATES DEPARTMENT OF LABOR, | |
| JAMES FREDERICK, in his official capacity as Acting Assistant Secretary of Labor for Occupational Safety and Health, | |
| OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, | |
| Defendants. | |

## DECLARATION OF J. BENJAMIN AGUIÑAGA
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, J. Benjamin Aguiñaga, submit this Declaration pursuant to 28 U.S.C. § 1746:

1. I am an associate in the Washington, D.C., office of the law firm Jones Day.

2. I am seeking admission *pro hac vice* to the Bar of this Court to represent Plaintiff Allstates Refractory Contractors, LLC, in the above-captioned case.

3. My business contact information is as follows:

> J. Benjamin Aguiñaga
> JONES DAY
> 51 Louisiana Avenue, N.W.
> Washington, D.C. 20001-2113
> Telephone: (202) 879-3939
> Facsimile: (202) 626-1700
> E-Mail: jbaguinaga@jonesday.com

4. I am admitted to practice law before and I am a member in good standing of the District of Columbia Bar (#1708051, admitted October 9, 2020) and the Texas Bar (#24101435, admitted November 4, 2016). In addition, I am admitted to practice law before and I am a member in good standing of the following federal courts: the United States Supreme Court and the United States Court of Appeals for the Fifth Circuit.

5. I have never been disbarred or suspended from practice before any court, department, bureau, or commission of any State or the United States. Nor have I ever received any reprimand from any such court, department, bureau, or commission pertaining to my conduct or fitness as a member of the bar.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of September, 2021.

*/s/ J. Benjamin Aguiñaga*
J. Benjamin Aguiñaga