IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Allstates Refractory Contractors, LLC, | Case No. 3:21 CV 1864 |
| Plaintiff, | SCHEDULING ORDER |
| -vs- | JUDGE JACK ZOUHARY |
| Martin J. Walsh, et al., | |
| Defendants. | |

This Court held an Initial Phone Status on October 22, 2021. Counsel present: Chris McLaughlin and Brett Shumate for Plaintiff; Zachary Avallone and Brad Rosenberg for Defendants.

Counsel agree that neither Rule 26(a) disclosures nor formal discovery practice is needed, and that this case can be best resolved by motion practice.

Further, in light of the legal issues raised in the Complaint, counsel stipulate that Defendants generally deny the allegations and a formal Answer need not be filed.

This Court approved the following case schedule:

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment<br>30-page maximum | December 3, 2021 |
| Defendants' Combined Opposition to Plaintiff's Motion for Summary Judgment<br>and Cross-Motion for Summary Judgment<br>30-page maximum | January 14, 2022 |

| | |
|---|---|
| Plaintiff's Combined Reply and Opposition to Defendants' Motion 15-page maximum | February 14, 2022 |
| Defendants' Reply 15-page maximum | February 25, 2022 |

IT IS SO ORDERED.

                                              s/ *Jack Zouhary*
                                              JACK ZOUHARY
                                              U. S. DISTRICT JUDGE

                                              October 25, 2021