AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| Allstates Refractory Contractors, LLC <br><br> *Plaintiff(s)* <br> v. <br> Martin J. Walsh, in his official capacity; United States Department of Labor; James Frederick, in his official capacity; Occupational Safety and Health Administration <br> *Defendant(s)* | Civil Action No. 3:21-cv-01864 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Department of Labor
200 Constitution Ave. NW
Washington, DC 20210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brett A. Shumate
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  10/1/2021

s/Jessica Hancock
*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:21-cv-01864

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Per Fed. R. Civ. P. 4(i)(1)(A) and (i)(1)(B), I sent a copy of this summons and the complaint via certified mail to the U.S. Attorney for the Northern District of Ohio and via certified mail to the Attorney General of the United States. Pursuant to Fed. R. Civ. P. 4(i)(2), I also sent a copy of this summons and the complaint via certified mail to Defendant U.S. Department of Labor.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO

Allstates Refractory Contractors, LLC

                       **Plaintiff**

                          Case No.: 3:21-cv-01864-JZ

                           *vs.*

Martin J. Walsh, et al.

                       **Defendant(s)**

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Mark A. Russell, Jr., a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons In A Civil Action and Complaint for Declaration and Injunctive Relief

SERVE TO: U.S. Department of Labor

SERVICE ADDRESS: 200 Constitution Avenue, NW, Washington, DC 20210

METHOD OF SERVICE: Per COVID-19 service of process protocol, service was completed by mailing a copy of the documents listed herein to U.S. Department of Labor at 200 Constitution Avenue, NW, Washington, DC 20210 on 10/04/2021 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7020 1290 0000 9482 1988. Service was signed for on 10/13/2021, return receipt attached.

I declare under penalty of perjury that this information is true.

10/20/2021
Executed On

Mark A. Russell, Jr.

Client Ref Number: 626165-000001
Job #: 1594492

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Department of Labor
   200 Constitution Avenue, NW
   Washington, DC 20210

   9590 9402 6227 0265 7491 07

2. Article Number (Transfer from service label)

   7020 1290 0000 ▓▓▓▓ ▓▓▓▓

PS Form **3811**, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): Rhondra E. Davis
C. Date of Delivery: 10/13/2021

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 70201290000094821988

Your item was delivered to an individual at the address at 6:53 am on October 12, 2021 in WASHINGTON, DC 20210.

Feedback

## ⊘ Delivered, Left with Individual

October 12, 2021 at 6:53 am
WASHINGTON, DC 20210

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

**Tracking History** ⌃

October 12, 2021, 6:53 am
Delivered, Left with Individual

WASHINGTON, DC 20210
Your item was delivered to an individual at the address at 6:53 am on October 12, 2021 in WASHINGTON, DC 20210.

October 9, 2021, 10:49 am
Available for Pickup
WASHINGTON, DC 20210

October 9, 2021, 10:49 am
Available for Pickup
WASHINGTON, DC 20427

October 9, 2021, 9:21 am
Arrived at Post Office
WASHINGTON, DC 20018

October 8, 2021
In Transit to Next Facility

October 6, 2021, 8:11 am
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

Feedback 

Product Information ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback