UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ALLSTATES REFRACTORY CONTRACTORS, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> MARTIN J. WALSH, in his official capacity as Secretary of Labor, *et al.*, <br><br> *Defendants.* | No. 3:21-cv-01864-JZ |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff Allstates Refractory Contractors, LLC, moves for summary judgment in its favor on the single claim for relief in Plaintiff's Complaint. The basis for this motion is set forth in the accompanying memorandum in support.

Dated: December 3, 2021   Respectfully submitted,

/s/ Christopher M. McLaughlin

Brett A. Shumate (*pro hac vice*)
Email: bshumate@jonesday.com
John M. Gore (*pro hac vice*)
Email: jmgore@jonesday.com
Anthony J. Dick (*pro hac vice*)
Email: ajdick@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

Christopher M. McLaughlin (0078186)
Email: cmmclaughlin@jonesday.com
JONES DAY
North Point, 901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

J. Benjamin Aguiñaga (*pro hac vice*)
Email: jbaguinaga@jonesday.com
JONES DAY
2727 North Harwood Street Suite 500
Dallas, Texas 75201-1515
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

*Counsel for Plaintiff Allstates Refractory Contractors, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2021, a copy of the foregoing Plaintiff's Motion for Summary Judgment was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Christopher M. McLaughlin*
Counsel for Plaintiff
Allstates Refractory Contractors, LLC