UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ALLSTATES REFRACTORY CONTRACTORS, LLC,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>MARTIN WALSH, et al.,  )<br>)<br>Defendants.  ) | Case No. 3:21-cv-01864<br><br>Judge Jack Zouhary |

### DEFENDANTS' MOTION TO DISMISS
### AND, IN THE ALTERNATIVE, CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 12, Defendants move to dismiss this case for lack of subject-matter jurisdiction as set forth in the accompanying memorandum. Alternatively, Defendants cross-move for summary judgment pursuant to Federal Rule of Civil Procedure 56 for the reasons also set forth in the attached memorandum.

Dated:  January 14, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRAD P. ROSENBERG
Assistant Director

*/s/ Zachary A. Avallone*
ZACHARY A. AVALLONE
Trial Attorneys

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
(202) 514-2705
Zachary.a.avallone@usdoj.gov

*Counsel for Defendants*