IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Allstates Refractory Contractors, LLC, | Case No. 3:21 CV 1864 |
| Plaintiff, | JUDGMENT ENTRY |
| -vs- | JUDGE JACK ZOUHARY |
| Martin J. Walsh, et al., | |
| Defendants. | |

For the reasons described in the accompanying Order (Doc. 30), Plaintiff's Motion (Doc. 23) is denied; Defendants' Motion (Doc. 24) is granted.

IT IS SO ORDERED.

                                                       s/ *Jack Zouhary*
                                                       JACK ZOUHARY
                                                       U. S. DISTRICT JUDGE

                                                       September 2, 2022