# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| ALLSTATES REFRACTORY CONTRACTORS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>MARTIN J. WALSH, in his official capacity as Secretary of Labor, *et al.*,<br><br>*Defendants*. | No. 3:21-cv-01864-JZ |

## **NOTICE OF APPEAL**

Plaintiff Allstates Refractory Contractors, LLC, hereby appeals to the U.S. Court of Appeals for the Sixth Circuit this Court's final judgment of September 2, 2022, *see* ECF No. 31, and accompanying memorandum opinion, *see* ECF No. 30.

Dated: September 9, 2022                    Respectfully submitted,

|  |  |
|---|---|
|  | */s/ Christopher M. McLaughlin* |
| Brett A. Shumate (*pro hac vice*) | Christopher M. McLaughlin (0078186) |
| Email: bshumate@jonesday.com | Email: cmmclaughlin@jonesday.com |
| John M. Gore (*pro hac vice*) | JONES DAY |
| Email: jmgore@jonesday.com | North Point, 901 Lakeside Avenue |
| Anthony J. Dick (*pro hac vice*) | Cleveland, Ohio 44114-1190 |
| Email: ajdick@jonesday.com | Telephone: (216) 586-3939 |
| JONES DAY | Facsimile: (216) 579-0212 |
| 51 Louisiana Avenue, N.W. |  |
| Washington, D.C. 20001-2113 | J. Benjamin Aguiñaga (*pro hac vice*) |
| Telephone: (202) 879-3939 | Email: jbaguinaga@jonesday.com |
| Facsimile: (202) 626-1700 | JONES DAY |
|  | 2727 North Harwood Street Suite 500 |
|  | Dallas, Texas 75201-1515 |
|  | Telephone: (214) 220-3939 |
|  | Facsimile: (214) 969-5100 |
|  |  |
|  | *Counsel for Plaintiff Allstates Refractory Contractors, LLC* |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Christopher M. McLaughlin*
*Counsel for Plaintiff*
*Allstates Refractory Contractors, LLC*